IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID RODGER WILLIAMS,
     Plaintiff,

vs.                           Case No.: 3:16cv266/MCR/EMT

RESTAURANT TECHNOLOGIES, INC., et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

     This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated January 4, 2018, Plaintiff was given thirty (30) days in which to file a third amended complaint (*see* ECF No. 53). That time elapsed, and Plaintiff failed to file a third amended complaint. Additionally, mailings sent to Plaintiff have been returned on two occasions (*see* ECF Nos. 52, 54), thus indicating that Plaintiff has failed to keep the court apprised of his current address.

     On February 16, 2018, this court issued a show cause order giving Plaintiff twenty-one (21) days to show why this action should not be dismissed for failure to comply with an order of the court (ECF No. 55). That show cause order was also returned as undeliverable (*see* ECF No. 56). As of the date of this Report and

Recommendation, Plaintiff has not filed a third amended complaint or explained his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 27th day of March 2018.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**