# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAVID RODGER WILLIAMS,

    Plaintiff,

v.                              CASE NO. 3:16cv266/MCR/EMT

RESTAURANT TECHNOLOGIES, INC.,
et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 27, 2018. ECF No. 57. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 25th day of April 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**